IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LERONE PETTIES, CAROL PETTIES, E.P. PETTIES, I.M. PETTIES, A.P. PETTIES, and B.P. PETTIES, | ) ) ) ) ) | 4:15CV3118 |
| Plaintiffs, | ) ) ) | **MEMORANDUM AND ORDER** |
| v. | ) ) | |
| STONY RIDGE APARTMENTS, IRON OAKS PROPERTIES, BRENTON T. LUETCHENS, CINDY SIENE, and LINCOLN HOUSING AUTHORITY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs Lerone Petties and Carol Petties, non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. (Filing Nos. 2 and 3.) Upon review of Plaintiffs' Motions, the court finds Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in their case will be for the court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The court will conduct this initial review in its normal course of business.

DATED this 7th day of October, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge