IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LERONE PETTIES and CAROL PETTIES, | ) | 4:15CV3118 |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| STONY RIDGE APARTMENTS, IRON OAKS PROPERTIES, BRENTON T. LUETCHENS, CINDY SIENE, and LINCOLN HOUSING AUTHORITY, | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On February 19, 2016, the clerk of the court sent copies of orders to Plaintiffs at their last known address and the mailings were returned to the court as undeliverable (Filing Nos. 11, 12). Plaintiffs have an obligation to keep the court informed of their current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiffs' whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiffs must update their addresses within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiffs.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: May 25, 2016: check for address.

DATED this 25th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge