IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| LERONE PETTIES and CAROL PETTIES, | ) | 4:15CV3118 |
|---|---|---|
| Plaintiffs, | ) | MEMORANDUM AND ORDER |
| v. | ) | |
| STONY RIDGE APARTMENTS, IRON OAKS PROPERTIES, BRENTON T. LUETCHENS, CINDY SIENE, and LINCOLN HOUSING AUTHORITY, | ) | |
| Defendants. | ) | |

On April 25, 2016, the court ordered Plaintiffs to update their address with the court within 30 days or face dismissal of this action. To date, Plaintiffs have not updated their address or taken any other action in this matter.

IT IS THEREFORE ORDERED: This matter is dismissed without prejudice because Plaintiffs failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 31st day of May, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge